IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

EDGAR RODRIGUEZ-ALEJANDRO
also known as
Temo,

  Defendant.

CRIMINAL FILE NO.
1:08-CR-363-TWT

## ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 394] of the Magistrate Judge recommending denying the Defendants' Motions to Suppress [Docs. 242, 254, 256, 257, 273]. With respect to the Motions to Suppress by the Defendants Gonzales and Ibarra, the motion should be denied because there was probable cause to stop the tractor-trailer for traffic violations and drug trafficking. The search was also authorized by the consent of Gonzales. With respect to the Motions to Suppress of Quezadas and Martinez, the Defendants did not establish a legitimate expectation of privacy which would give them standing to contest the search of 3241 Hamilton Road. With respect to Pelon's Motion to Suppress, the 4 cell phones were found in plain view incident to the

Defendant' arrest. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Suppress [Docs. 242, 254, 256, 257, 273] are DENIED.

SO ORDERED, this 19 day of October, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge