IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

GUSTAVO MARTINEZ,

   Defendant.

CRIMINAL FILE NO.
1:08-CR-363-5-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 716] of the Magistrate Judge recommending dismissing without prejudice the Defendant's Motion to Vacate Sentence [Doc. 700]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 10 day of September, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge